**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-99 |
| v. | ) ) | Judge Cathy Bissoon |
| JOSEPH L. RICH, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Plaintiff's Motion (**Doc. 7**) for Default Judgment is **DENIED WITHOUT
PREJUDICE**. In its prior Order, the Court indicated that it lacked adequate information to
review Plaintiff's calculations regarding interest charges and late charges/liquidated damages.
*See* text Order dated Mar. 16, 2016. Plaintiff's Supplement (Doc. 10) does not ameliorate this
deficiency.

The Complaint states that principal contributions are "owed to the Funds through
June 2013 total[ing] $51,798.76," and the plan documents indicate that interest accrued at the
rate of 1.25% per month. *See* Doc. 8-1 at pg. 29 of 40 (CBA, Art. XVIII). The Court has no
way of determining how interest, at a rate of 1.25% monthly, has accrued in an amount of
$53,119.44 (a sum in excess of the principal owed). Nor can the Court determine how late
charges, at a rate of 10% (term unspecified), now equate to $15,011.05.

As the Court previously indicated, it cannot properly "rubber stamp" requests for
default-judgment damages. Plaintiff must have undertaken some methodology for calculating
the amounts of interest and late fees owed. In renewing its motion for default judgment,

Plaintiff must present, by way of affidavit or otherwise, enough information/explanation so that the Court meaningfully may review the interest and late fee calculations.

IT IS SO ORDERED.


April 5, 2016                                      s\Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via ECF email notification):

All Counsel of Record